UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. 2:13-cv-2151-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BONDS, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks an order from the court directing defense counsel to provide him with a copy of the transcript from his deposition, free of charge. ECF No. 30. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, however, plaintiff must first pay for a copy of the deposition transcript, and then obtain it from the officer before whom the deposition was taken. Fed. R. Civ. P. 30(f)(3). Plaintiff cites to no authority suggesting that either the court or the defendant, should instead be forced to bear this cost. Although plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, that statute does not authorize the expenditure of public funds for deposition transcripts. *See* 28 U.S.C. § 1915; *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (per curiam) ("'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress'") (alteration in original) (quoting *United States v. MacCollom*, 426 U.S. 317, 321 (1976)).

1	Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a free copy of his
2 deposition transcript (ECF No. 30) is denied.
3 DATED: January 17, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE