IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE JENKINS,** | Case No. 2:13-cv-2151-GEB-EFB-PC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **BONDS,** | |
| Defendant. | |

Good cause appearing, the Defendant's request to file and lodge a compact disk containing the Use of Force interview following Plaintiff's December 5, 2011 escort, which is at issue in this lawsuit, is GRANTED.

Defendant may file and lodge the compact disk with the Clerk of the Court.

IT IS SO ORDERED.

Dated: March 21, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:13-cv-2151-GEB-EFB-PC)